**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Roberto Carlos Sosa Castillo, | No. CV-26-02179-PHX-DWL (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his immigration detention.  (Doc. 1.)  The Court directed Respondents to show cause why the Petition should not be granted.  (Doc. 4.)  Respondents' response states "Respondents do not oppose Petitioner's request for release at this time."  (Doc. 7.)

**IT IS ORDERED:**

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**. Respondents must immediately release Petitioner from custody under the same conditions that existed before Petitioner's detention.

2. Respondents must provide a notice of compliance within three days of releasing Petitioner.

3. The Clerk of Court shall enter judgment accordingly and close this case.

Dated this 10th day of April, 2026.

_____
Dominic W. Lanza
United States District Judge